**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

MARJORIE SOLOMON,

  Plaintiff,

-vs-

CASE NO.: 2:16-CV-243-UA-CM

WESTLAKE SERVICES, LLC d/b/a
WESTLAKE FINANCIAL SERVICES

  Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Marjorie Solomon, and the Defendant, Westlake Services, LLC d/b/a Westlake Financial Services, LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 3rd day of February, 2017.

| */s/ Octavio Gomez* | */s/ James R. Liebler, II (by permission)* |
|---|---|
| Octavio Gomez, Esquire | J. Randolph Liebler, Esquire |
| Morgan & Morgan, Tampa, P.A. | Liebler, Gonzalez & Portuondo, P.A. |
| One Tampa City Center | Courthouse Tower - 25th Floor, 44 West Flagler Street |
| Tampa, FL 33602 | Miami, FL 33130 |
| Tele: (813) 223-5505 | Tele: (305) 379-0400 |
| Fax: (813) 223-5402 | Fax: (305) 379-9626 |
| Florida Bar#: 0338620 | JRLII@lgplaw.com |
| TGomez@ForThePeople.com | Florida Bar#: 115348 |
| LDobbins@ForThePeople.com | *Attorney for Defendant* |
| *Attorney for Plaintiff* | |