```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

MARJORIE SOLOMON,

        Plaintiff,

v.                                     Case No: 2:16-cv-243-FtM-99CM

WESTLAKE SERVICES, LLC,

        Defendant.

## ORDER

    This matter comes before the Court on the parties' Joint Stipulation of Dismissal With Prejudice (Doc. #29) filed on February 3, 2017.  The parties have agreed to the dismissal of this case in its entirety, and a case is deemed dismissed upon the filing of such a stipulation.  <u>Anago Franchising, Inc. v. Shaz, LLC</u>, 677 F.3d 1272 (11th Cir. 2012).

    Accordingly, it is hereby

    **ORDERED AND ADJUDGED** that the Clerk is directed to terminate all previously scheduled deadlines and pending motions and close the case pursuant to the parties' stipulation.

    **DONE and ORDERED** at Fort Myers, Florida, this __3rd__ day of February, 2017.

                                         _____
                                         JOHN E. STEELE
                                         SENIOR UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record